IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | * |
| | *    Chapter 13 |
| Lucious & Ann Young, | *    Case No.: 13-32058 |
| | * |
| Debtor. | * |
| | * |

**MOTION TO AVOID LIEN**

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Motion to Avoid Lien

**COMES NOW** Debtor, by and through undersigned counsel, and files this <u>Motion to Avoid Lien</u> obtained by United Consumer Financial Services (hereinafter referred to as Creditor), and in support thereof, states as follows:

1. That Debtor commenced this case on August 8, 2013, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code;

2. That Creditor filed Proof of Claim No. 12 as a secured claim in the instant case on or about December 5, 2013, and that said claim was secured by a lien on a Kirby Vacuum Cleaner;

3. That Debtor is entitled to have said lien avoided pursuant to 11 U.S.C. §522(f).

4. That Debtor requests that the lien be avoided.

**WHEREFORE**, premises considered, Debtor requests this Court enter an Order avoiding the security interest in the personal property at issue, as well as reclassifying Proof of Claim No. 12 to a general unsecured claim, and for all other and further relief as this Court deem just and proper.

Respectfully submitted,

/s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK (KLIMS7892)
Stephen L. Klimjack, L.L.C.
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 Fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 8th day of October, 2014, a copy of the foregoing document was served on the Trustee, Curtis Reding by the Bankruptcy Court electronic filing system, and upon counsel of the following creditor by U.S. Mail, first class postage prepaid;:

United Consumer Financial Services
865 Bassett
Westlake, OH 44145

/s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK